07-01-0046-CR

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL D

DECEMBER 12, 2001
_____

JOHN EDWARD JAROCH,

Appellant

v.

THE STATE OF TEXAS,

Appellee
_____

FROM THE 180TH DISTRICT COURT OF HARRIS COUNTY;

NO. 859,156; HON. DEBBIE STRICKLIN, PRESIDING
_____

Before BOYD, C.J., QUINN and REAVIS, JJ.

John Edward Jaroch (appellant) appeals his conviction for sexual assault of a child. Through three issues, he contends that 1) his counsel was ineffective, 2) the trial court erred in excluding testimony regarding the victim's prior sexual relationship and 3) the trial court erred in excluding appellant's written statement during punishment. These issues are identical to those raised in John Edward Jaroch v. State, No. 07- 00-0045-CR, pending in this court. Consequently, we adopt the reasoning and discussion in our opinion issued this day in cause number 07-00-0045-CR and conclude that it sufficiently disposes of the

three issues appellant raises at bar.  In doing so, we also overrule appellant's contentions and affirm the judgment entered below.

Brian Quinn
Justice

Do not publish.